**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| GORDON PICKETT, | : | **Hon. Robert B. Kugler** |
| Petitioner, | : | Civil No. 12-2239 (RBK) |
| v. | : |  |
| UNITED STATES OF AMERICA, | : | **ORDER** |
| Respondent. | : |  |

For the reasons set forth in the Opinion filed herewith,

IT IS on this   24th   day of   May  , 2012,

ORDERED that Petitioner's motion (Dkt. 2) to amend or supplement the Petition is GRANTED; and it is further

ORDERED that the Petition for a Writ of Habeas Corpus, as amended, is DISMISSED FOR LACK OF JURISDICTION; and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner, and shall close the file.

s/Robert B. Kugler
**ROBERT B. KUGLER, U.S.D.J.**